BENJAMIN B. WAGNER
United States Attorney
ROSS K. NAUGHTON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING: <br><br> THE CELLULAR TELEPHONE HAVING CALL NUMBER (707) 333-1280; AND ANY OTHER CELLULAR TELEPHONE THAT IS LOCATED ON THE PERSON OF MICHAEL LEE FREEMAN, OR THAT IS UNDER HIS CONTROL. | 2:16-SW-0247 CKD <br><br> [PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby ordered unsealed.

Dated: May 19, 2016

The Honorable Kendall J. Newman
UNITED STATES MAGISTRATE JUDGE